UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JOHN SCOTT SIMPSON, an individual; DEBORAH JEAN SIMPSON, an individual; A.S., by and through John Scott Simpson and Deborah Jean Simpson, as Guardian ad Litems for A.S.; and WHITNEY SIMPSON, an individual, | \* \* \* \* \* \* \* | ED CV 08-1117 LLP (FMOx) |
| Plaintiffs, vs. | \* \* \* | JUDGMENT OF DISMISSAL |
| THE CITY OF UPLAND, a governmental entity; CITY OF UPLAND POLICE DEPARTMENT; and DOES 1 through 50, inclusive, | \* \* \* \* \* \* | |
| Defendants. | \* \* | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Based upon the Notice to Court Re Status of Settlement, Doc. 131, it is hereby,

ORDERED, ADJUDGED AND DECREED that the Plaintiff's Complaint and causes of action are hereby dismissed upon the merits, with prejudice, and with each party to pay their own costs and attorney's fees.

Dated this 3rd day of January, 2012.

BY THE COURT:

Lawrence L. Piersol
United States District Judge